UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST HENRY GILLIAM, | No. 2:24-cv-1613 AC P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application to proceed in forma pauperis. ECF No. 2. However, it is not on the form used by this district and, as a result, is missing the certificate portion that is to be completed by prison staff showing the amount of money in petitioner's prison trust account. See Habeas Rule 3(a)(2). It also does not include an authorization that alternatively allows the court to obtain a copy of petitioner's trust account statement directly from the prison. Petitioner will be provided the opportunity to submit an application that includes the required information. Petitioner should be sure to use the form provided by the court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an application in support of his request to proceed in forma pauperis using the form provided by the court; and

////

    2.   The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: June 11, 2024

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE