UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST HENRY GILLIAM, | No. 2:24-cv-1613 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a). Moreover, in light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defender is appointed to represent petitioner.

2. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

////

1

3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

4. Within sixty days of the service of this order, petitioner's counsel may file an amended petition. In the event an amended petition is not filed, the case will proceed on the original petition.

5. The Clerk of the Court is directed to serve a copy of this order on the office of the Federal Defender.

DATED: July 16, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE