Alexis Haller CSBN 201210
LAW OFFICE OF ALEXIS HALLER, P.C.
7960B Soquel Drive, #130
Aptos, California 95003
Telephone: (831) 685-4730
Facsimile: (831) 603-4041
E-mail: ahaller@ahlawoffice.com

Attorney for FORREST HENRY GILLIAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORREST HENRY GILLIAM,<br><br>              Petitioner,<br><br>       vs.<br><br>PATRICK COVELLO,<br><br>              Respondent. | No. 2:24-cv-1613 WBS AC P<br><br>**[PROPOSED] ORDER GRANTING PETITIONER FORREST HENRY GILLIAM'S UNOPPOSED APPLICATION FOR ORDER EXTENDING TIME BY 60 DAYS FOR THE FILING OF AN AMENDED PETITION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. SECTION 2254** |

Pursuant to Petitioner Forrest Henry Gilliam's application dated December 9, 2024 (ECF No. 18), and good cause appearing therefor, the time for filing of an amended petition for a writ of habeas corpus under 28 U.S.C. section 2254 is hereby extended from December 16, 2024, to February 14, 2025.

**IT IS SO ORDERED.**

DATED: December 10, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE