Alexis Haller CSBN 201210
LAW OFFICE OF ALEXIS HALLER, P.C.
7960B Soquel Drive, #130
Aptos, California 95003
Telephone: (831) 685-4730
Facsimile: (831) 603-4041
E-mail: ahaller@ahlawoffice.com

Attorney for FORREST HENRY GILLIAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORREST HENRY GILLIAM,<br><br>    Petitioner,<br><br>vs.<br><br>PATRICK COVELLO,<br><br>    Respondent. | No. 2:24-cv-1613 WBS AC P<br><br>**[PROPOSED] ORDER GRANTING PETITIONER FORREST HENRY GILLIAM'S UNOPPOSED APPLICATION FOR ORDER EXTENDING TIME BY 31 DAYS FOR THE FILING OF OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

Pursuant to Petitioner Forrest Henry Gilliam's application dated November 7, 2025, and good cause appearing therefor, the time for filing of objections to the Findings and Recommendations is hereby extended from November 14, 2025, to December 15, 2025.

IT IS SO ORDERED.

DATED: November 12, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE